UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


JAMES BERRY,

        Plaintiff,

v.                              Case No. 3:10-cv-228-J-34JRK

MARK GORSAGE,
et al.,

        Defendants.

_____

**<u>ORDER</u>**

    1.  Plaintiff's request to proceed *in forma pauperis*, contained within his Affidavit of Indigency (Doc. #2), is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee.

    2.  The total filing fee in this case is $350.00. Plaintiff is assessed **$14.00** as an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A).

    3.  The agency having custody of Plaintiff shall forward, within **THIRTY (30) DAYS** from the date of this Order, the initial partial filing fee of **$14.00** to the Clerk of Court. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full

name of the prisoner; (2) the prisoner's inmate number; and, (3) Middle District of Florida Case Number. Checks or money orders which do not have this information will be returned to the penal institution.

4. After payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. The agency having custody of Plaintiff shall forward payments from the Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the filing fee of $350.00 is paid in full. The prisoner information described in paragraph 3 shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto.

5. Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency with custody over him lapses in its duty to make payments on his behalf. **Plaintiff's failure to pay the filing fee (and ensure that the agency forwards the payment) will result in the dismissal of this action without further notice.** If Plaintiff is transferred to another jail or correctional institution, Plaintiff should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

6.    The **Clerk of Court** shall **MAIL** a copy of this Order to the Department of Corrections, Inmate Bank, Post Office Box 13600, Centerville Station, Tallahassee, FL 32317-3600, Attention: Administrator of the Inmate Trust Fund Accounts or the Budget and Accounting Officer.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of April, 2010.

_James R. Klindt_
**JAMES R. KLINDT**
United States Magistrate Judge

sc 4/20
c:
James Berry

3